```
 1
 2
 3
 4
 5
                    UNITED STATES DISTRICT COURT
 6
                   EASTERN DISTRICT OF CALIFORNIA
 7
 8
 9  UNITED STATES OF AMERICA,
10          Plaintiff,
11             v.                      CIV. NO. S-12-1082 LKK/GGH
12  REAL PROPERTY LOCATED AT 9688
    POPLAR COURT, LIVE OAK,
13  CALIFORNIA, SUTTER COUNTY, APN:
    06-670-016, INCLUDING ALL
14  APPURTENANCES AND
    IMPROVEMENTS THERETO,
15
            Defendant.
16  _____/
17  UNITED STATES OF AMERICA,
18          Plaintiff,
19             v.                      CR. NO. S-12-156 LKK
20  MARIANO MONTENEGRO VALLEJO,
21                                     RELATED CASE ORDER
            Defendant.
22  _____/
```

Examination of the above-entitled actions reveals that the two (2) actions are related within the meaning of Local Rule 123(a), E.D. Cal. (2011). For the reasons set forth in the government's Notice of Related Cases, the assignment of the matters to the same

judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

Because the cases are already assigned to the same district judge, this order is issued for informational purposes only and shall have no effect on the status of the cases.

DATED: April 27, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT