1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-01082-LKK-GGH |
|---|---|
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| REAL PROPERTY LOCATED AT 9688 POPLAR COURT, LIVE OAK, CALIFORNIA, SUTTER COUNTY, APN: 06-670-016, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

   The United States of America applies for an order of publication as follows:

   1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

   2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

   3. The defendant real property is located in the city of Live Oak, Sutter County, California;

1       4.      The United States proposes that publication be made as follows:

2               a.      One publication;

3               b.      Thirty (30) consecutive days;

4               c.      On the official internet government forfeiture site

5    www.forfeiture.gov;

6               d.      The publication is to include the following:

7                       (1)     The Court and case number of the action;

8                       (2)     The date of the seizure/posting;

9                       (3)     The identity and/or description of the property seized/posted;

10                      (4)     The name and address of the attorney for the United States;

11                      (5)     A statement that claims of persons entitled to possession or

12   claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court

13   and served on the attorney for the United States no later than 60 days after the first

14   day of publication on the official internet government forfeiture site; and

15                      (6)     A statement that answers to the Complaint or a motion

16   under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed

17   and served within 21 days after the filing of the claims and, in the absence thereof,

18   default may be entered and condemnation ordered.

19   Dated:  4/23/12                                  BENJAMIN B. WAGNER
                                                     United States Attorney
20

21                                          By:    /s/ Kevin C. Khasigian
                                                     KEVIN C. KHASIGIAN
22                                                   Assistant U.S. Attorney

23

24                                       **ORDER**

25       IT IS SO ORDERED.

26   Dated: April 30, 2012

27
                                            /s/ Gregory G. Hollows
28                                   UNITED STATES MAGISTRATE JUDGE

                                   2                  Application and Order for Publication