```
DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Assistant Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Claimant
MARIANO VALLEJO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV. S. No. 12-01082-LKK |
| Plaintiff, | |
| v. | REQUEST FOR ORDER APPOINTING COUNSEL FOR CLAIMANT MARIANO VALLEJO; ORDER |
| REAL PROPERTY LOCATED AT 9688 POPLAR COURT, LIVE OAK, CALIFORNIA, SUTTER COUNTY, APN: 06-670-016, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

    1.  On April 11, 2012, the Magistrate Judge appointed the Office of the Federal Defender to represent Mariano Vallejo in <u>United States v. Vallejo</u>, Cr. S. 12-0156-LKK, to which the above case has been ordered related.  Mr. Vallejo signed a financial affidavit demonstrating that he was indigent and therefore financially unable to obtain representation by retained counsel.

    2.  On April 23, 2012, the United States filed a verified complaint for forfeiture in rem against the above property in Sutter

County, California. The property is Mr. Vallejo's residence.

3. Section 983(b)(1)(A) of Title 18, United States Code, provides:

> If a person with standing to contest the forfeiture of property in a civil judicial forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

4. Pursuant to 18 U.S.C. § 983(b)(1)(A), Mr. Vallejo asks the Court to appoint the Federal Defender to represent him in the above forfeiture case. A proposed order is attached.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  May 15, 2012                /s/  Courtney Fein

COURTNEY FEIN
Assistant Federal Defender
RACHELLE BARBOUR
Research and Writing Attorney
Attorneys for MARIANO VALLEJO

**O R D E R**

Pursuant to 18 U.S.C. § 983(b)(1)(A), the Office of the Federal Defender is hereby appointed to represent Mariano Vallejo in the above case.

IT IS SO ORDERED.

Dated:  May 17, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT