```
DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Assistant Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Claimant
MARIANO VALLEJO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV. S. No. 12-01082-LKK |
| Plaintiff, | ) |
| | ) REQUEST FOR ORDER APPOINTING |
| v. | ) COUNSEL FOR CLAIMANT MARIANO |
| | ) VALLEJO; ORDER |
| REAL PROPERTY LOCATED AT 9688 | ) |
| POPLAR COURT, LIVE OAK, | ) |
| CALIFORNIA, SUTTER COUNTY, APN: | ) |
| 06-670-016, INCLUDING ALL | ) Judge: Hon. Lawrence K. Karlton |
| APPURTENANCES AND IMPROVEMENTS | ) |
| THERETO, | ) |
| | ) |
| Defendant. | ) |

1.   On April 11, 2012, the Magistrate Judge appointed the Office of the Federal Defender to represent Mariano Vallejo in <u>United States v. Vallejo</u>, Cr. S. 12-0156-LKK, to which the above case has been ordered related.  Mr. Vallejo signed a financial affidavit demonstrating that he was indigent and therefore financially unable to obtain representation by retained counsel.

2.   On April 23, 2012, the United States filed a verified complaint for forfeiture in rem against the above property in Sutter

County, California.  The property is Mr. Vallejo's residence.

3.  Section 983(b)(1)(A) of Title 18, United States Code, provides:

> If a person with standing to contest the forfeiture of property in a civil judicial forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

4.  Pursuant to 18 U.S.C. § 983(b)(1)(A), Mr. Vallejo asks the Court to appoint the Federal Defender to represent him in the above forfeiture case.  A proposed order is attached.

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

Dated:  May 15, 2012                 /s/  Courtney Fein

                                              COURTNEY FEIN
                                              Assistant Federal Defender
                                              RACHELLE BARBOUR
                                              Research and Writing Attorney
                                              Attorneys for MARIANO VALLEJO

**O R D E R**

Pursuant to 18 U.S.C. § 983(b)(1)(A), the Office of the Federal Defender is hereby appointed to represent Mariano Vallejo in the above case.

IT IS SO ORDERED.

Dated:  May 17, 2012

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT