KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, CA  95814
Telephone: (916) 498-8398
kristahartesq@gmail.com

Attorney for Claimant
Maricela Aceves

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 9688 POPLAR COURT, LIVE OAK, CALIFORNIA, SUTTER COUNTY, APN: 06-670-016, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | Civ.S. 12-1082 LKK GGJ<br><br>REQUEST FOR APPOINTMENT OF COUNSEL FOR MARICELA ACEVES AND ORDER |

1. On April 23, 2012, the United States filed a verified complaint for forfeiture in rem against the above property in Sutter County, California. The property is Ms. Aceves' primary residence and she is the owner of record.

2. Ms. Aceves has completed a financial affidavit demonstrating she is indigent and qualifies for court appointed counsel.

3. Section 983(b)(2) of Title 18 provides that an indigent person with standing to contest the forfeiture of real property that is being used by the person as a primary residence is entitled to court appointed counsel.

4. Ms. Aceves is indigent and the residence at issue is her primary residence,

1

1  therefore, she requests this Court appoint attorney Krista Hart to represent her in the
2  civil forfeiture case.
3  DATED: May 22, 2012

                                */s/ Krista Hart seeking appointment*
                                For Claimant Maricela Aceves

_____

## ORDER

    Attorney Krista Hart is appointed to represent Maricela Aceves, claimant, in the above entitled action.

DATED: May 22, 2012.

                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT