DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Assistant Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Claimant
MARIANO VALLEJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV. S. No. 12-01082-LKK |
| Plaintiff, | |
| v. | STIPULATION FOR STAY; ORDER |
| REAL PROPERTY LOCATED AT 9688 POPLAR COURT, LIVE OAK, CALIFORNIA, SUTTER COUNTY, APN: 06-670-016, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

Plaintiff United States of America, and claimants MARIANO VALLEJO and MARICELA ACEVES (hereafter, "Claimants"), by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings until the conclusion of the criminal case against Vallejo.

The related criminal case is UNITED STATES v. MARIANO MONTENEGRO VALLEJO, Case No. 12-CR-0156-LKK. Claimants have filed claims to the

real property located at 9688 POPLAR COURT, LIVE OAK, CALIFORNIA, SUTTER COUNTY, APN: 06-670-016 (hereafter the "defendant real property").[1] On April 19, 2012, the Grand Jury of the Eastern District of California indicted Mariano Vallejo for violations of 21 U.S.C. § 841 (a)(1) - Distribution of Cocaine & Methamphetamine, and 21 U.S.C. § 861(a) - Use of Person Under 18 Years of Age in Drug Operation. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant real property was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§ 841 et seq.

The defense invokes Mr. Vallejo's rights under the Fifth Amendment not to incriminate himself in answering the complaint or sitting for deposition. The United States intends to depose Claimants regarding their claims and their involvement in and/or knowledge of drug trafficking and other facts as alleged in the complaint. Claimants will likely seek to depose law enforcement officers who have been involved in the drug-trafficking investigation, which is also the basis for the pending criminal case.

If discovery proceeds at this time, Mr. Vallejo will be placed in the difficult position of either invoking his Fifth Amendment rights against self-incrimination and losing the ability to pursue his claims to the defendant real property, or waiving his Fifth Amendment rights and submitting to depositions and potentially incriminating himself. If he invokes his Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims

---

[1] Claimants have not yet filed their Answers and will not be required to do so until the stay contemplated by this stipulation expires.

Stip. & Order -
STAY (Vallejo)                -2-

1  they filed with this court in this action. In addition, to the extent
2  Claimants intend to depose, among others, the agents involved in the
3  underlying investigation, allowing depositions of the law enforcement
4  officers at this time would adversely affect the United States'
5  prosecution of the criminal case against Vallejo and disclose the
6  identity of a confidential informant.
7      The parties recognize that proceeding with this action at this
8  time has potential adverse effects on the prosecution of the underlying
9  criminal case and/or upon the ability of Claimants to prove their
10 claims to the defendant assets and to assert any defenses to the
11 forfeiture.  For these reasons, the parties jointly request that this
12 matter be stayed until the conclusion of the criminal case.  At that
13 time the parties will advise the court on the status of the related
14 cases and whether a further stay is necessary.

15                                     Respectfully submitted,

16 Dated: June 19, 2012                BENJAMIN B. WAGNER
                                       United States Attorney
17
                                       /s/ Kevin S. Khasigian
18                                     _____
                                       KEVIN S. KHASIGIAN
19                                     Assistant United States Attorney

20
                                       DANIEL J. BRODERICK
21                                     Federal Defender

22
23 Dated:   June 19, 2012              /s/  Courtney Fein
                                       COURTNEY FEIN
24                                     Assistant Federal Defender
                                       RACHELLE BARBOUR
25                                     Research and Writing Attorney
                                       Attorneys for MARIANO VALLEJO
26

27 Dated:   June 19, 2012              /s/  Krista Hart
                                       KRISTA HART, esq.
28                                     Attorney for MARICELA ACEVES

Stip. & Order -
STAY (Vallejo)                    -3-

**O R D E R**

For the reasons set forth above, this action is stayed pursuant to 18 U.S.C. § 981(g)(1), 18 U.S.C. § 981(g)(2), and 21 U.S.C. § 881(i) until the conclusion of the criminal case, at which time the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated:   June 20, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT