```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  COURTNEY FEIN, Bar #244785
    Assistant Federal Defender
 3  RACHELLE BARBOUR, Bar #185395
    Research and Writing Attorney
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorneys for Claimant
    MARIANO VALLEJO
 7

 8

 9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )  CV. S. No. 12-01082-LKK
                                     )
13                  Plaintiff,       )
                                     )  STIPULATION FOR STAY; ORDER
14        v.                         )
                                     )
15  REAL PROPERTY LOCATED AT 9688    )
    POPLAR COURT, LIVE OAK,          )  Judge: Hon. Lawrence K. Karlton
16  CALIFORNIA, SUTTER COUNTY, APN:  )
    06-670-016, INCLUDING ALL        )
17  APPURTENANCES AND IMPROVEMENTS   )
    THERETO,                         )
18                                   )
                    Defendant.       )
19                                   )
    _____
20
```

21      Plaintiff United States of America, and claimants MARIANO VALLEJO

22 and MARICELA ACEVES (hereafter, "Claimants"), by and through their

23 respective counsel, hereby stipulate that a stay is necessary in the

24 above-entitled action, and request that the Court enter an order

25 staying all further proceedings until the conclusion of the criminal

26 case against Vallejo.

27      The related criminal case is UNITED STATES v. MARIANO MONTENEGRO

28 VALLEJO, Case No. 12-CR-0156-LKK.  Claimants have filed claims to the

real property located at 9688 POPLAR COURT, LIVE OAK, CALIFORNIA, SUTTER COUNTY, APN: 06-670-016 (hereafter the "defendant real property").[1]  On April 19, 2012, the Grand Jury of the Eastern District of California indicted Mariano Vallejo for violations of 21 U.S.C. § 841 (a)(1) - Distribution of Cocaine & Methamphetamine, and  21 U.S.C. § 861(a) - Use of Person Under 18 Years of Age in Drug Operation.  The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant real property was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§ 841 et seq.

The defense invokes Mr. Vallejo's rights under the Fifth Amendment not to incriminate himself in answering the complaint or sitting for deposition.  The United States intends to depose Claimants regarding their claims and their involvement in and/or knowledge of drug trafficking and other facts as alleged in the complaint.  Claimants will likely seek to depose law enforcement officers who have been involved in the drug-trafficking investigation, which is also the basis for the pending criminal case.

If discovery proceeds at this time, Mr. Vallejo will be placed in the difficult position of either invoking his Fifth Amendment rights against self-incrimination and losing the ability to pursue his claims to the defendant real property, or waiving his Fifth Amendment rights and submitting to depositions and potentially incriminating himself. If he invokes his Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims

---

[1] Claimants have not yet filed their Answers and will not be required to do so until the stay contemplated by this stipulation expires.

Stip. & Order -
STAY (Vallejo)                  -2-

they filed with this court in this action. In addition, to the extent Claimants intend to depose, among others, the agents involved in the underlying investigation, allowing depositions of the law enforcement officers at this time would adversely affect the United States' prosecution of the criminal case against Vallejo and disclose the identity of a confidential informant.

The parties recognize that proceeding with this action at this time has potential adverse effects on the prosecution of the underlying criminal case and/or upon the ability of Claimants to prove their claims to the defendant assets and to assert any defenses to the forfeiture.  For these reasons, the parties jointly request that this matter be stayed until the conclusion of the criminal case.  At that time the parties will advise the court on the status of the related cases and whether a further stay is necessary.

Respectfully submitted,

Dated: June 19, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin S. Khasigian

_____
KEVIN S. KHASIGIAN
Assistant United States Attorney


DANIEL J. BRODERICK
Federal Defender

Dated:   June 19, 2012          /s/  Courtney Fein

COURTNEY FEIN
Assistant Federal Defender
RACHELLE BARBOUR
Research and Writing Attorney
Attorneys for MARIANO VALLEJO

Dated:   June 19, 2012          /s/  Krista Hart
KRISTA HART, esq.
Attorney for MARICELA ACEVES

Stip. & Order -
STAY (Vallejo)                  -3-

**O R D E R**

For the reasons set forth above, this action is stayed pursuant to 18 U.S.C. § 981(g)(1), 18 U.S.C. § 981(g)(2), and 21 U.S.C. § 881(i) until the conclusion of the criminal case, at which time the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated:   June 20, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. & Order -
STAY (Vallejo)                -4-