UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                          CIV. S-12-2501 LKK/GGH

APPROXIMATELY $18,000.00 SEIZED FROM CHASE BANK ACCOUNT NUMBER 3121639956, HELD IN THE NAME OF MARIANO VALLEJO, et al.,

        Defendants.
_____/
UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                          CIV. S-12-1082 LKK/GGH

REAL PROPERTY LOCATED AT 9688 POPLAR COURT, LIVE OAK, CALIFORNIA, SUTTER COUNTY, APN: 06-670-016, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

        Defendant.
_____/

////

1  UNITED STATES OF AMERICA,
2           Plaintiff,
3       v.                              CR. S-12-0156 LKK
4  MARIANO MONTENEGRO VALLEJO,          <u>RELATED CASE ORDER</u>
5           Defendant.
6  _____/

7       The court has received the Notice of Related Cases filed
8  October 9, 2012.  Examination of the above-entitled actions reveals
9  that these actions are related within the meaning of Local Rule
10 123(a) (E.D. Cal. 2012).  The civil forfeiture actions and the
11 criminal action arise from the same law enforcement investigation
12 and thus involve substantially the same events, transactions, and
13 parties.
14      Because the cases are already assigned to the same district
15 judge and magistrate judge, this order is issued for informational
16 purposes only and shall have no effect on the status of the cases.
17      IT IS SO ORDERED.
18      DATED: October 9, 2012.

              /s/ Lawrence K. Karlton
              LAWRENCE K. KARLTON
              SENIOR JUDGE
              UNITED STATES DISTRICT COURT

2